# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| COALITION FOR NEVADA'S FUTURE, a Nevada Political Action Committee,<br><br>        Plaintiff,<br><br>vs.<br><br>CHARLES MUTH, *et al.*,<br><br>        Defendants. | Case No. 2:15-cv-01749-JAD-GWF<br><br>**ORDER** |

This matter is before the Court on Defendant's failure to file a Statement in Removal. The Minutes of the Court (#3) dated September 11, 2015, required the party removing the action to this court to file a Statement in Removal no later than fifteen (15) days of the minute order. To date, Defendant has not complied. Accordingly,

**IT IS ORDERED** counsel for the Defendant shall file a Statement in Removal which fully complies with the Minutes of the Court (#3) no later than **October 27, 2015**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 7th day of October, 2015.

                                                   _____<br>
                                                   GEORGE FOLEY, JR.<br>
                                                   United States Magistrate Judge