# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| COALITION FOR NEVADA'S FUTURE, a Nevada Political Action Committee,<br><br>        Plaintiff,<br><br>vs.<br><br>CHARLES MUTH and BARBARA CEGAVSKE, in her Official Capacity as the Nevada Secretary of State,<br><br>        Defendants. | Case No. 2:15-cv-01749-JAD-GWF<br><br>**ORDER** |

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. Counsel for Defendant removed this matter to federal court on September 11, 2015. Defendant Charles Muth filed a Motion to Dismiss (#5) on September 23, 2015. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **December 21, 2015** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 9th day of December, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge